**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF GUAM**

UNITED STATES OF AMERICA )    CRIMINAL CASE NO.: 02-00017-001

                Plaintiff, )

    vs. )

SEAN ANTHONY MONFORTE )

               Defendant. )

**FILED**

DISTRICT COURT OF GUAM

NOV - 7 2005 ᵍᵖ

**MARY L.M. MORAN**
**CLERK OF COURT**

**Re:** **Report and Order Terminating Term of Supervised Release**

    The above named defendant has complied with the conditions of supervised release imposed by the order of the Court and the period of supervised release expired on October 23, 2005. I therefore recommend that the defendant be discharged from supervised release and the proceedings in this case be terminated.

    RESPECTFULLY submitted this _3nd_ day of November 2005.

                            FRANK MICHAEL CRUZ
                            Chief U.S. Probation Officer

            By: _____
                            CARMEN D. O'MALLAN
                            U.S. Probation Officer Specialist

Reviewed by:

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc:    Jeffrey J. Strand, AUSA
       Federal Public Defender
       File

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER OF THE COURT

    Pursuant to the above report, it is ordered that Sean Anthony Monforte be discharged from supervised release and that the proceeding in the case be terminated.

    Dated this _7th_ day of November 2005.

                              JOAQUIN V.E. MANIBUSAN, JR.
                              U. S. Magistrate Judge

**RECEIVED**

NOV - 4 2005

**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**ORIGINAL**